No. 15. IN RE. APONTE, JR., QUERELLADO.—*Disbarment*. R. jul. 24, 1923. Archivado el caso en vista de la moción del Attorney General y del informe del fiscal especial que le acompaña.

No. 3109. FULLADOSA, APELADA, *v.* CASTRO, APELANTE.—C. de D. de Humacao. R. jul. 26, 1923. Desestimado a instancia del apelado después de oir los argumentos de los abogados de ambas partes, por los fundamentos de la opinión en el caso No. 2983 de *Díaz* v. *The Porto Rico Railway, Light & Power Co.,* (pág. 95).

No. 2825. LÓPEZ, APELANTE, *v.* MILLÁN, APELADA.—C. de D. de San Juan, Primer Distrito. R. jul. 28, 1923. Examinados los autos del caso donde aparece un conflicto de la evidencia que fué resuelto por la corte sentenciadora a favor del demandado; y estimando además que el apelante en su alegato no ha hecho una relación concisa de la causa ni una exposición por separado de los errores en que funda su recurso y no resultando que se haya cometido error fundamental, se confirma la sentencia.

No. 3139. SUCESORES DE ABARCA, APELANTE, *v.* NONES ET AL., APELADOS.—Cobro de dinero. C. de D. de Ponce. R. nov. 6, 1923. Desestimado el recurso a instancia del apelado, con la conformidad de la apelante.

No. 3175. FERNÁNDEZ ET AL. APELANTES, *v.* LIZARDI ET AL., APELADOS. Reivindicación. C. de D. de Humacao. R. nov. 6, 1923. Celebrada la vista sin asistencia de las partes, se desestimó el recurso por falta de gestión por el apelante.

No. 3150. BONILLA, APELANTE, *v.* ROBLES, APELADO.—C. de D. de Aguadilla. R. nov. 6, 1923. Celebrada la vista con asistencia de las partes, se desestimó la apelación establecida contra providencia que resolvió la impugnación hecha a un memorándum de costas, porque siendo una providencia especial dictada después de sentencia definitiva no se interpuso el recurso dentro del término de diez días, de acuerdo con el artículo 295 No. 3 del Código de Enjuiciamiento Civil.